IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **NAICOM CORPORATION; Et Als.**<br><br>    **PLAINTIFF,**<br><br>              v.<br><br>**DISH NETWORK CORPORATION; Et. Als.**<br><br>    **DEFENDANTS.** | **Civil Action No. 21-cv-1405 (JAW)** |

## NOTICE OF APPEAL

**TO THE HONORABLE COURT**:

**HEREIN** appear Plaintiffs**, D&V IP HOLDINGS, LLC; NAICOM CORPORATION; KIARAS, LLC, PAYLINK, LLC;** through their undersigned counsel, most respectfully pray and request**:**

Notice is given that the above-named Plaintiffs hereby appeals to the United States Court of Appeals for the First Circuit from the **Judgment of Dismissal with Prejudice** entered on 03/29/2024 (Dockets 202, 203, 204, 205), dismissing the complaint.

**WHEREFORE**, it is respectfully requested from this Honorable Court that the appeal herein **BE NOTED**.

    **RESPECTFULLY SUBMITTED.**

I hereby certify that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties involved.

In San Juan, Puerto Rico, this 12th day of April 2024.

*S/ Rafael F. Castro Lang*
**RAFAEL F. CASTRO LANG**
**USDC-PR#128505**
Attorney for Claimant
P O Box 9023222
San Juan PR 00902-3222
Tel: (787) 723-3672 - 723-1809
Fax: (787) - 725-4133
Email:
rafacastrolang@gmail.com;
rafacastrolanglaw@gmail.com